**Mr. LAHMUDDIN, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 06–2198.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2007.

Decided: Aug. 28, 2007.

Linda Hanten, Harrigan & Hanten, PC, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Richard M. Evans, Assistant Director, Nancy E. Friedman, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mr. Lahmuddin, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his application for asylum and withholding of removal.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." *INS v. Elias–Zacarias*, 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We have reviewed the evidence of record and conclude that Lahmuddin fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Lahmuddin cannot meet the more stringent standard for withholding of removal. *Chen v. INS*, 195 F.3d 198, 205 (4th Cir.1999); *INS v. Cardoza–Fonseca*, 480 U.S. 421, 430, 107 S.Ct. 1207, 94 L.Ed.2d 434 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*